UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AARON EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cv-00769-NAB ) |
| GOVERNOR OF ILLINOIS J.B., et al., | ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER OF TRANSFER**

This matter is before the Court upon review of the complaint filed by self-represented plaintiff Aaron Edwards and on plaintiff's motion to proceed in forma pauperis. The motion to proceed in forma pauperis will be provisionally granted. Additionally, the Court will transfer this case to the United States District Court for the Central District of Illinois.

Plaintiff is incarcerated in the Sangamon County Jail in Sangamon County, Illinois. He brings this case against under 42 U.S.C. § 1983 against defendants Governor of Illinois J.B., Donald Trump, Mary Miller, Jack Cambell, Lynn Erans Ferro, Branty Summer, Keefe Commissary Network, and 300 for Sangamon County Sheriff. Plaintiff alleges defendants fired him from his job at Extended Stay of America based on his race, which is African American. He also complains about the conditions of the Sangamon County jail. For relief, plaintiff seeks $5 trillion in damages.

Pursuant to 28 U.S.C. § 1391(b), venue over civil rights actions properly lies only in: (1) a judicial district in which any defendant resides, if all defendants reside in the same state; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim

-1-

occurred, or (3) a judicial district in which any defendant may be found if there is no district in which the action may otherwise be brought. If venue does not properly lie in the district where the action is filed, the Court must either dismiss the action, or if it be in the interest of justice, transfer the action to the proper district. 28 U.S.C. § 1406(a).

In the instant action, it appears that a substantial part of the conduct complained of occurred in Sangamon County, Illinois, which is located in the Central District of Illinois. Accordingly, pursuant to 28 U.S.C. § 1391(b)(2), venue for this action properly lies in the United States District Court for the Central District of Illinois.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall transfer this case to the United States District Court for the Central District of Illinois. *See* 28 U.S.C. § 1406(a).

**IT IS FURTHER ORDERED** that all pending motions in this action shall be administrative terminated after transfer of this action.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of October, 2022.