UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   22-3237 |
| | ) |
| GOVERNOR OF ILLINOIS J.B., *et al.* | ) |
| | ) |
| Defendants. | ) |

### **MERIT REVIEW ORDER**

Plaintiff, proceeding pro se and presently detained at Sangamon County Jail, was granted leave to proceed *in forma pauperis*. The case is now before the Court for a merit review of Plaintiff's claims. The Court must "screen" Plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. 28 U.S.C. § 1915A. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.*

The Court accepts the factual allegations as true, liberally construing them in the plaintiff's favor. *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013). Conclusory statements and labels are insufficient—the facts alleged must "state a claim for relief that is plausible on its face." *Alexander v. U.S.*, 721 F.3d 418, 422 (7th Cir. 2013) (citation omitted).

Plaintiff appears to allege that he was terminated from his employment at Extended Stay America because of his race and because the sales manager at the hotel was having sex in his room. Plaintiff alleges that he was physically attacked by the hotel's general manager, forced to

sleep on a floor, and that Defendants J.B., Donald Trump, his public defenders, and others are having people killed every day at the jail.

The Court cannot decipher the types of claims Plaintiff is trying to assert, and some of the claims are similar to allegations he made in a previous lawsuit. *See Edwards v. Anthony*, No. 22-3145 (C.D. Ill.). Plaintiff's complaint is dismissed with leave to renew as directed below to permit Plaintiff the opportunity to clarify his allegations and provide any additional information he desires the Court to consider.

**IT IS THEREFORE ORDERED:**

1) **Plaintiff's complaint is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A. Plaintiff shall have 30 days from the entry of this order to file an amended complaint. Failure to file an amended complaint will result in the dismissal of this case, with prejudice, for failure to state a claim. Plaintiff's amended complaint will replace Plaintiff's original complaint in its entirety. The amended complaint must contain all allegations against all Defendants. Piecemeal amendments are not accepted.**

2) **Clerk is directed to send Plaintiff a blank complaint form.**

Entered this 9th day of May, 2023.

*s/Sara Darrow*
SARA DARROW
CHIEF U.S. DISTRICT JUDGE